In the Matter of the Accounting of STELLA WECHSLER et al., as Executors of SIGMUND WECHSLER, Deceased. VIRGINIA W. FIELDS et al., Appellants; IRVING TRUST COMPANY et al., Respondents. (Seven Appeals).

Reported below, 264 App. Div. 915.

Argued January 4, 1943; decided January 14, 1943.

*Forrest M. Anderson* and *Norman B. Murphy* for motion to dismiss appeal and in opposition to motion for leave to appeal.

*Charles Looker, Richard S. Wechsler* and *Helen L. Buttenwieser* for motion for leave to appeal and *Charles Looker* in opposition to motion to dismiss appeal.

Motion to dismiss appeal granted and appeal dismissed, with ten dollars costs of motion.

Motion for leave to appeal granted.